AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02122-DDC-ADM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gideon Cody
was received by me on *(date)* 4/2/2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jennifer M. Hill , who is designated by law to accept service of process on behalf of *(name of organization)* Gideon Cody
on *(date)* 4/4/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/4/2024                   /s/Bernard J. Rhodes
                                 *Server's signature*

Bernard J. Rhodes
Lathrop GPM, LLP    *Printed name and title*
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108
816-2929-2000; bernie.rhodes@lathropgpm.com
                                 *Server's address*

Additional information regarding attempted service, etc: