# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC MEYER, individually and as executor of the estate of Joan Meyer,<br><br>and<br><br>THE HOCH PUBLISHING CO., INC., doing business as the Marion County Record,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF MARION, KANSAS, FORMER MARION MAYOR DAVID MAYFIELD, in his official and individual capacities, FORMER MARION POLICE CHIEF GIDEON CODY, in his official and individual capacities, ACTING MARION POLICE CHIEF ZACH HUDLIN, in his individual capacity, BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MARION, MARION COUNTY SHERIFF JEFF SOYEZ, in his official and individual capacities, and MARION COUNTY DETECTIVE AARON CHRISTNER, in his individual capacity,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 24-cv-02122-DCC-GEB |

### UNOPPOSED MOTION FOR EXTENSION FOR DEFENDANTS GIDEON CODY, DAVID MAYFIELD, ZACHARIAH "ZACH" HUDLIN AND CITY OF MARION, KS TO FILE THEIR ANSWER OR OTHERWISE RESPOND

COME NOW Defendants Gideon Cody (Cody), David Mayfield (Mayfield), Zachariah "Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), by and through their counsel, Jennifer M. Hill and Edward L. Keeley of McDonald Tinker PA, and respectfully move the Court for an order granting Defendants until and including May 31, 2024, in which to file their Answer or otherwise respond to Plaintiffs' Complaint. Plaintiffs' Complaint consists of 127 pages and 714 paragraphs of allegations against these and other Defendants. In support of this motion these Defendants state as follows:

1. Plaintiffs filed a Complaint on April 1, 2024. Defendants Cody, Mayfield, Hudlin and City of Marion, Kansas must file an Answer or otherwise respond to Plaintiffs' Complaint by May 9, 2024.

2. The reason for this requested extension is that counsel for Defendants have been working extensively on various other legal matters including expert witness depositions and management of multiple fact witness depositions in *Hartford Fire Insurance Company v. The Law Company, Inc., et al*, Pottawatomie County District Court, Case No. PT-2023-CV-000065; an immediate due process hearing related to a termination of a union employee by a Kansas school district; and expert witness depositions in *Compton Construction v. City of Haven v. Harbinger Concrete et al.*, Reno County District Court, Case No. 2020-CV-000054.

3. Counsel is also representing these same Defendants in two companion cases with Answers and other responsive pleadings to be filed in May: *Zorn v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2122-DDC-ADM and *Bentz v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2044-DDC-GEB. Further, counsel is representing Defendant Cody in the pending litigation *Gruver v. Cody*, U.S. District Court for the District of Kansas, Case No. 6:23-cv-1179-DDC-GEB, a case tied to the events of this case wherein the parties unsuccessfully mediated the claims and are now backtracking to begin work on discovery in this case.

4. Defendants have consulted with counsel for the Plaintiffs who does not oppose the requested extension.

5. The original date to Answer or otherwise respond to Plaintiffs' Complaint is May 9, 2024.

6. This is the first request for extension of time on this deadline and the request is

supported by good cause.

7. This request for extension is made in good faith and not for purpose of delay.

WHEREFORE, by reason of the above and foregoing, Defendants Cody, Mayfield, Hudlin and the City of Marion, Kansas, respectfully request an extension of time until and including May 31, 2024 for these Defendants to file an Answer or otherwise respond to Plaintiffs' Complaint in this case.

                Respectfully submitted,

                s/ Jennifer M. Hill
                Jennifer M. Hill, #21213
                Edward L. Keeley, #09771
                McDONALD TINKER PA
                300 West Douglas, Suite 500
                Wichita, KS 67202
                T: (316) 263-5851
                F: (316) 263-4677
                E: jhill@mcdonaldtinker.com
                   ekeeley@mcdonaldtinker.com
                *Attorneys for Defendants Cody, Mayfield,*
                *Hudlin and City of Marion, Kansas*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2024, I presented the foregoing **Unopposed Motion for Extension for Defendants to Respond** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Bernard J. Rhodes
Emma C. Halling
Lathrop GPM, LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
*Attorney for Plaintiffs*

Jeffrey M. Kuhlmann
Watkins Calcara Chtd
1321 Main Street, Ste 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Board of County Commissioners of Marion County, Kansas, Sheriff Jeff Soyez, and Aaron Christner*

s/ Jennifer M. Hill
Jennifer M. Hill