IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC MEYERS, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE # 2:24-cv-02122-DDC-GEB |
| ) | |
| CITY OF MARION, KANSAS, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DEFENDANTS JEFF SOYEZ, AARON CHRISTNER, AND THE BOARD OF COUNTY COMMISSIONERS OF MARION COUNTY, KANSAS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

COME NOW, the Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas, by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney and pursuant D. Kan. R. 7.1(d)(4), requests leave to exceed the 15 page limit that applies to motions under D. Kan. R. 7.1(d)(3).

In support of this Motion, the Defendants state as follows:

1. Plaintiffs filed their Complaint against seven separate defendants on April 1, 2024. Plaintiff's Complaint is one hundred twenty-seven (127) pages in length with 727 separately numbered paragraphs.

2. The Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas intend to file Motions to Dismiss pursuant to Rule 12 practice.

3. Pursuant to Local Rule 7.1(d)(3), Defendants' principal brief on their Motion cannot exceed 15 pages.

4. These Defendants request an additional five (5) pages to outline their arguments to this Court on their Rule 12 motion.

5. Defendants' counsel has conferred with Plaintiff's counsel who has no objection to

request for page extension. Defendants would agree to additional page limitation extensions if needed for Plaintiff's response.

7. Defendants seek this extension of the page limitation to ensure adequate briefing and attempting to efficiently argue the merits of their Motions.

7. The requested page extension is not for any inappropriate purpose other than to appropriately outline the legal theories for the Court's analysis.

8. These Defendants have a deadline of May 15, 2024 in which to respond to Plaintiff's Amended Complaint. Therefore, this motion is timely under Rule D. Kan. R. 7.1(d)(4).

WHEREFORE, Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas, respectfully request that the Court grant its motion to exceed page limits and allow them to file a memorandum in support of their motion for dismissal not to exceed 20 pages in length.

      WATKINS CALCARA, CHTD

      s/    JEFFREY M. KUHLMAN
      Jeffrey M. Kuhlman , #26865
      1321 Main Street - Suite 300
      P.O. Drawer 1110
      Great Bend, Kansas  67530
      (620) 792-8231; Fax (620) 792-2775
      Attorneys for Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas,

## CERTIFICATE OF SERVICE

   I hereby certify that on this 10th day of May, 2024, I electronically filed the above and foregoing Motion by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

Bernard J. Rhodes
Emma C. Halling
LATHROP GPM, LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Attorneys for Plaintiffs

Jennifer Hill
Edward Keeley
MCDONALD TINKER, PA
300 W. Douglas, Suite 500
PO Box 207
Wichita, KS 67202
Attorneys for City of Marion

                s/  JEFFREY M. KUHLMAN
                 Jeffrey M. Kuhlman, #26825