# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC MEYER, individually, and as executor of the Estate of Joan Meyer, and THE HOCH PUBLISHING CO., INC., doing business as Marion County Record,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| )<br>v.  )<br>) | Case No. 24-2122-DDC-GEB |
| **CITY OF MARION, KANSAS, DAVID MAYFIELD, GIDEON CODY, ZACH HUDLIN, BOARD OF COUNTY COMMISSIONERS OF MARION COUNTY, JEFF SOYEZ, and AARON CHRISTNER,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** )<br>) | |

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiffs' Complaint in this matter was filed on April 1, 2024. Plaintiffs allege facts and claims related to the August 11, 2023 execution of search warrants on the offices of the *Marion County Record*; the home of the paper's co-owners, Eric Meyer, and his mother, Joan Meyer; and the home of the city's Vice-Mayor, Ruth Herbel. Plaintiffs bring claims including violation of their First and Fourth Amendment rights pursuant to 42 U.S.C. § 1983. Three additional cases related to the execution of search warrants on August 11, 2023 with similar claims brought pursuant to 42 U.S.C. § 1983 have recently been filed in this District: 1) *Debbie K. Gruver v. Gideon Cody* (23-1179-DDC-GEB); 2) *Phyllis J. Zorn v.*

*City of Marion, Kansas, et al.* (24-2044-DDC-GEB); and 3) *Cheri Bentz v. City of Marion, Kansas, et al.* (24-2120-DDC-GEB).

Therefore, the Court orders Plaintiffs to show cause in writing to the undersigned Magistrate Judge, on or before **May 29, 2024**, why this case should not be consolidated with 23-1179 *Debbie K. Gruver v. Gideon Cody*; 24-2044 *Phyllis J. Zorn v. City of Marion, Kansas, et al.*; and 24-2120 *Cheri Bentz v. City of Marion, Kansas, et al.* for all pretrial proceedings pursuant to Fed. R. Civ. P. 42(a)(2) to promote judicial economy. Defendants' deadline for response is **June 5, 2024**. The case will be set for a hearing on **June 13, 2024 at 10:00 a.m. in Wichita courtroom 326**. Additionally, in light of the defenses raised in Defendants' motions to dismiss in this and other actions, at the hearing the parties shall be prepared to discuss any issues related to the stay of discovery.

IT IS SO ORDERED.

Dated this 15th day of May, 2024.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge