IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC MEYER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:24-cv-02122-DDC-GEB |
| | ) |
| **CITY OF MARION, KANSAS, et al.,** | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Eric Meyer, individually and as executor of the estate of Joan Meyer, and The Hoch Publishing Co., Inc., d/b/a the *Marion County Record*, move tis Court for an order extending Plaintiffs' time to respond to the Motion to Dismiss of Defendants Marion County Board of Commissioners, Sheriff Jeff Soyez, and Detective Aaron Christner ("County Defendants") until 21 days after the remaining defendants have filed their motion to dismiss, *i.e.*, until June 21, 2024.

In support of their request, Plaintiffs state as follows:

1. On April 1, 2024, Plaintiffs filed this civil rights lawsuit against (a) the City of Marion, Kansas and various city officers, and (b) Marion County, Kansas and various county officers.

2. On May 14, 2024, the County Defendants filed a Motion to Dismiss (Doc. 25) and Memorandum in Support (Doc 26).

3. In their motion and memorandum, the County Defendants assert various pleading deficiencies.

4. Pursuant to Local Rule 6.1(d)(1), Plaintiffs have 21 days to respond to the County's Motion to Dismiss, or June 4, 2024.

63811465v1

5.	Alternatively, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs may amend their Complaint as of right within that same period.

6.	On May 5, 2024, this Court extended the time of the remaining defendants ("City Defendants") to respond to Plaintiffs' Complaint until May 31, 2024 (Doc. 22).

7.	Based on the City Defendants' response to related lawsuits, Plaintiffs anticipate the City Defendants will file their own motion to dismiss in this case.

8.	Because Plaintiffs have only one opportunity to amend their Complaint as of right, Plaintiffs seek an extension of their time to respond to the County Defendants' Motion to Dismiss until 21 days after the City Defendants file their anticipated motion to dismiss, *i.e.*, until June 21, 2024.

9.	That way, Plaintiffs will have the benefit of the City Defendants' arguments concerning any alleged additional pleading deficiencies and Plaintiffs can resolve all deficiencies in one amended Complaint, if necessary.[1]

10.	No prior requests for an extension of time to respond to the County's Motion to Dismiss have been made.

11.	The County Defendants do not oppose this request.

WHEREFORE, Plaintiffs respectfully request an extension of time to respond to the County's Motion to Dismiss until June 21, 2024, together with such other and further relief as this Court deems just.

---

[1] In the event the City Defendants answer Plaintiff's Complaint, Plaintiffs will respond to the County Defendant's Motion to Dismiss 21 days after the City Defendants file their answer.

Dated: May 22, 2024 Respectfully submitted,

By: */s/ Bernard J. Rhodes*
Bernard J. Rhodes       KS #15716
Emma C. Halling        KS #27924
2345 Grand Blvd., Ste. 2400
Kansas City, MO  64108
(816) 292-2000 – Telephone
(816) 292-2001 – Facsimile
bernie.rhodes@lathropgpm.com
emma.halling@lathropgpm.com

ATTORNEYS FOR PLAINTIFFS

3