

Lathrop GPM LLP
lathropgpm.com

2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Main: 816.292.2000

**Bernard J. Rhodes**
Partner
bernie.rhodes@lathropgpm.com
816.460.5508

March 25, 2024

**VIA EMAIL: JHILL@MCDONALDTINKER.COM**

Jennifer M. Hill
McDonald Tinker, PA
300 W. Douglas – Suite 500
Wichita, KS  67201

      Re:    Debbie K. "Deb" Gruver v. Chief Gideon Cody, No. 23-CV-1179-DDC-GEB
             Subpoena to Hoch Publishing, LLC

Dear Ms. Hill:

The Hoch Publishing Co., Inc., (incorrectly named as Hoch Publishing, LLC) responds as follows to your subpoena dated March 8, 2024, and served on the company on March 11, 2024.

## Inspection of Premises

I am unclear as to whether you are, in fact, requesting an inspection of the *Marion County Record*'s premises, given that the subpoena states the desired date and time of the inspection is February 8, 2024—a month before the subpoena was issued.

To the extent you are requesting an inspection, it is unclear what premises you wish to inspect and why. Given your apparent interest in Chief Cody's forcible seizure of Deb Gruver's phone, as you know, that seizure occurred on the back porch of the company's building. The company has no objection to your inspection of the back porch of the building.

However, the company objects to an inspection of the *Marion County Record*'s newsroom.

Please clarify your intentions as to any inspection.

## Request for Documents

1. The company has no documents responsive to Request No. 1.

2. The company has no documents responsive to Request No. 2.

3. The company has no documents responsive to Request No. 3.

4. The company has no documents responsive to Request No. 4.

5. The company has no documents responsive to Request No. 5.

6. The company has no documents responsive to Request No. 6.

63342835v1

**EXHIBIT 2**

Jennifer M. Hill
Page 2

7. The company objects to Request No. 7 on the ground it would be unduly burdensome to search for every article mentioning Gideon Cody. In lieu of performing such a burdensome search, the company will provide a PDF copy of each issue of the *Marion County Record* since April 19, 2023, which is prior to the paper first reporting that Cody was a candidate for the Marion Police Chief position. (MCR-DG 000001 – 603).

8. The company objects to Request No. 8 on the ground it would be unduly burdensome to search for every article mentioning the illegal raids on August 11, 2023. In lieu of performing such a burdensome search, see response to Request No. 7.

9. The company will provide all security video footage from August 11, 2023, from the *Marion County Record* offices. (MCR-DG 000604 – 689).

I will upload the responsive materials and you will receive an e-mail instructing you on how to download the materials.

Please let me know if you have any questions.

Sincerely,

Lathrop GPM LLP

By: _____
    Bernard J. Rhodes

cc:   Blake Shuart

63342835v1