## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC MEYER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:24-cv-02122-DDC-GEB |
| ) | |
| **CITY OF MARION, KANSAS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs Eric Meyer, individually and as executor of the estate of Joan Meyer, and The Hoch Publishing Co., Inc., d/b/a the *Marion County Record*, move this Court for an order extending Plaintiffs' time to respond to (a) the Motion to Dismiss of Defendants Marion County Board of Commissioners, Sheriff Jeff Soyez, and Detective Aaron Christner (Doc. 25), (b) the Motion to Dismiss of Defendant Gideon Cody (Doc. 34), and (c) the Motion to Dismiss of Defendants City of Marion, Mayor David Mayfield, and Officer Zach Hudlin (Doc. 36), until July 12, 2024.

In support of their request, Plaintiffs state as follows:

1. On April 1, 2024, Plaintiffs filed this civil rights lawsuit against (a) the City of Marion, Kansas and various city officers, and (b) Marion County, Kansas and various county officers.

2. On May 14, 2024, the County Defendants filed a Memorandum in Support of their Motion to Dismiss in which they asserted various alleged pleading deficiencies. (Docs. 26.).

3. On May 22, 2024, Plaintiffs filed a motion for an extension of time to respond to the County's motion until June 21, 2024. (Doc. 28).

64016658v1

4. In support of Plaintiffs' request, Plaintiffs explained that the remaining Defendants had obtained an extension of time to respond to Plaintiffs' Complaint until May 31, 2024, and Plaintiffs wished to extend their time to respond to the County's motion to dismiss to the same date Plaintiffs would need to respond to the remaining Defendants' anticipated motion(s) to dismiss. (Doc. 28).

5. Plaintiffs noted they only have one opportunity to amend their Complaint as of right, and wanted to wait and see what arguments the remaining Defendants made before deciding between amending their Complaint and responding to the various motions to dismiss.

6. On May 22, 2024, this Court granted Plaintiffs' motion, extending their time to respond to the County's Motion to Dismiss until June 21, 2024. (Doc. 29).

7. On May 31, 2024, the remaining Defendants filed Motions to Dismiss. (Docs. 34 & 36).

8. In their memoranda in support of their respective motions, the remaining Defendants asserted similar alleged pleading deficiencies. (Doc. 35 & 37).

9. Plaintiffs' responses to those Defendants' Motions to Dismiss are due June 21, 2024.

10. On June 12, 2024, the Honorable Gwynne E. Birzer held a status conference in this case and four other related cases, including Gruver v. Cody, Case No. 23-cv-01179-DDC-GEB.

11. During the conference, Judge Birzer ordered the four cases consolidated for discovery purposes. (Doc. 40).

12. Also during the conference, the parties agreed that counsel for the City of Marion would provide counsel in all four of the consolidated cases with copies of documents and other ESI which had previously been produced in the Gruver case.

13. Since that time, counsel for the City of Marion has provided more than 1,600 pages of documents, along with numerous other ESI files, which were previously produced in the Gruver case by the former Marion Police Chief, the Marion County Sheriff, the Marion County Attorney, and the Kansas Department of Revenue.

14. Additionally, counsel for the City has stated that the Kansas Bureau of Investigation produced another 1,600 pages of documents in the Gruver pursuant to a Protective Order.

15. Counsel for the other parties—specifically including Plaintiffs' counsel in this case—have agreed to be bound by the terms of the Protective Order in the Gruver case.

16. Accordingly, counsel for the City has asked the KBI whether the agency would have an objection to providing counsel in the other four consolidated cases with copies of the KBI documents, subject to the same Protective Order; the KBI has not yet responded to that request.

17. Based on Plaintiffs' counsel's limited review of the more than 1,600 pages provided to date, Plaintiff's counsel has decided to file a First Amended Complaint.

18. Plaintiffs' counsel believes this amended pleading will address the alleged pleading deficiencies raised in the pending motions to dismiss.

19. Plaintiffs therefore request an additional 21 days from the current due date for amending their Complaint in order to complete their review of the more than 1,600 pages of documents provided to date and to obtain and review the additional 1,600 pages to be obtained from the KBI.

20. Counsel for all Defendants have been consulted and do not oppose the request.

WHEREFORE, Plaintiffs respectfully request an extension of time to respond to the pending Motions to Dismiss (Docs. 24, 34 & 36) until July 12, 2024, together with such other and further relief as this Court deems just.

64016658v1

Respectfully submitted,

By: */s/ Bernard J. Rhodes*
 Bernard J. Rhodes   KS #15716
 Emma C. Halling    KS #27924
 2345 Grand Blvd., Ste. 2400
 Kansas City, MO  64108
 (816) 292-2000 – Telephone
 (816) 292-2001 – Facsimile
 bernie.rhodes@lathropgpm.com
 emma.halling@lathropgpm.com

 ATTORNEYS FOR PLAINTIFFS

4

64016658v1