THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC MEYER, et al., | |
| Plaintiffs, | |
| v. | Case No. 2:24-CV-02122-DDC-GEB |
| CITY OF MARION, et al., | |
| Defendants. | |

**DEFENDANTS SOYEZ, CHRISTNER, AND THE MARION COUNTY
BOARD OF COUNTY COMMISSIONERS' MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

COME NOW, the Defendants Jeff Soyez, Aaron Christner, and the Marion County Board of County Commissioners, by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney, and pursuant to Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12(b)(6), move for an order dismissing all claims asserted against them in Plaintiffs' Amended Complaint on the basis that the Complaint does not comply with Rule 8, and Plaintiffs fails to state a claim upon which relief can be granted. The defendants have filed herewith a brief in support of this motion, which is incorporated by reference.

WHEREFORE, Defendants Jeff Soyez, Aaron Christner, and the Marion County Board of County Commissioners pray that their motion be granted, for costs, and for such other and further relief as to the Court shall seem just and proper.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231 Fax (620) 792-2775
jkuhlman@wcrf.com

Attorney for Defendants the Marion County Board of County Commissioners, Sheriff Jeff Soyez, and Detective Aaron Christner

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of August, 2024, I electronically filed the above and foregoing Motion to Dismiss Amended Complaint by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
