IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC MEYER, individually and as executor of the estate of Joan Meyer,<br><br>and<br><br>THE HOCH PUBLISHING CO., INC., doing business as the Marion County Record,<br><br>                        Plaintiffs,<br>v.<br><br>CITY OF MARION, KANSAS, et al.,<br><br>                        Defendants. | Case No. 24-cv-02122-DCC-GEB |

## CITY DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL RESPONSE (DOC. 75-1) AS IMPROPERLY FILED

On October 22, 2024, Plaintiffs filed a motion entitled "Motion For Leave To File Supplemental Response To Defendants' Pending Motions To Dismiss." (See Doc. 75) At the same time, Plaintiffs filed a document entitled "Supplemental Response" which is in reality their unauthorized Surreply to Defendants' Reply brief supporting dismissal in this case. (*See* Doc. 75-1) Defendants Gideon Cody, David Mayfield, Zach Hudlin, and the City of Marion, Kansas (the City Defendants) have filed a response brief vigorously objecting to and opposing Plaintiffs' motion. (*See* Doc. 76) For the same reasons, these Defendants move to strike the "Supplemental Response" (Doc. 75-1) attached to Plaintiffs' motion as improperly filed.

Pursuant to D. Kan. 7.1(c), dispositive motion briefing is limited to a motion (with memorandum), a response, and a reply. A party may file a Surreply only with leave of the Court, under rare circumstances, and after a showing of good cause. *Van Horn v. Salvation Army*, 2024 WL 1256245 at 9 (D. Kan.). Grounded in common sense, the Surreply rules are not only fair and

1

reasonable, they also minimize the battles over which side has the last word before the briefing is finally submitted. *Id.* Briefing must have an endpoint and should not become self-perpetuating. *Shaw v. T-Mobile U.S.A., Inc.,* 2021 WL 2206541 at 5-6 (D. Kan.).

In the case at bar, Plaintiffs have not shown "rare circumstances" or good cause for their Surreply (Doc. 75-1) which argues dismissal should be without prejudice and promises yet another motion to amend their pleadings in the future. *Van Horn, Shaw*. The briefing regarding Defendants' motions to dismiss was fully submitted to the Court on September 20, 2024, when Defendants submitted their Reply brief. (*See* Doc. 73) Plaintiffs' perpetual amendments to pleadings and their Surreply arguments must cease so that the Court may consider Defendants' pending dispositive motions without further interruptions. *Id.* Thus, Plaintiffs' Surreply (Doc. 75-1) should be stricken without further consideration. *Id.*

The City Defendants have fully briefed this matter in their response brief opposing Plaintiffs' pending motion. (*See* Doc. 76) The arguments and authorities discussed in Defendants' response are fully incorporated herein in support of this motion to strike. For all the reasons stated above and in Defendants' response brief, Plaintiffs' "Supplemental Response" (Doc. 75-1) should be stricken as improperly filed. *Van Horn, Shaw.*

Respectfully submitted:

/s/Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
McDonald Tinker PA
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202
T: (316) 263-5851; F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
E: jhill@mcdonaldtinker.com
*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of November, 2024, a true and correct copy of the above and foregoing **City Defendants' Motion to Strike Plaintiffs' Supplemental Response (Doc. 75-1) As Improperly Filed** was electronically filed with the United States District Court via the CM/ECF system, which will provide electronic notice to all attorneys of record as follows:

| | |
|---|---|
| Jeffrey L. Kuhlmann<br>WATKINS CALCARA, CHTD.<br>1321 Main Street – Suite 300<br>P.O. Drawer 1110<br>Great Bend, Kansas 67530<br>Tel: (620) 792-8231<br>Fax: (620) 792-2775<br>Email: jkuhlman@wcrf.com<br>*Attorneys for Defendants The Board of County Commission of Marion County, KS, Sheriff Jeff Soyez, Aaron Christner* | Bernard J. Rhodes<br>Emma C. Halling<br>Lathrop GPM, LLP<br>2345 Grand Blvd., Ste. 2200<br>Kansas City, MO 64108<br>*Attorney for Plaintiffs* |

/s/Edward L. Keeley
Edward L. Keeley, #09771