# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC MEYER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:24-cv-02122-DDC-GEB |
| | ) |
| **CITY OF MARION, KANSAS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### Plaintiffs' Opposition to Defendants' Motion to Stay Their Answer Deadline

On March 28, 2025, the District Court ruled that Plaintiffs Eric Meyer and the *Marion County Record* had stated valid claims against each of the Defendants named in Plaintiffs' First Amended Complaint. (*See* Doc. 81). While the District Court granted Plaintiffs 20 days to seek leave to amend their pleading to replead the claims the District Court dismissed, Plaintiffs chose not to seek leave. Accordingly, the current First Amended Complaint (Doc. 44) became fully operative on April 18, 2025, one day after Plaintiffs' deadline to amend expired.

Accordingly, Defendants have no need to delay filing their Answer to Plaintiffs' First Amended Complaint. Plaintiffs therefore asks this Court to deny Defendants' Joint Motion to Stay Their Answer Date (Doc. 82).

Respectfully submitted,

By: */s/ Bernard J. Rhodes*
    Bernard J. Rhodes    KS #15716
    Emma C. Halling    KS #27924
    2345 Grand Blvd., Ste. 2400
    Kansas City, MO  64108
    (816) 292-2000 – Telephone
    (816) 292-2001 – Facsimile
    bernie.rhodes@lathropgpm.com
    emma.halling@lathropgpm.com

ATTORNEYS FOR PLAINTIFFS