IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ERIC MEYER, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CITY OF MARION, KANSAS, et al.,** )<br>)<br>**Defendants.** ) | Case No. 2:24-cv-02122-DDC-GEB |

**CONSENT JUDGMENT**

Plaintiffs Eric Meyer, individually and as executor of the estate of Joan Meyer, and The Hoch Publishing Co., Inc., doing business as the *Marion County Record*, appear by and through counsel of record, Bernard J. Rhodes and Emma C. Halling of Lathrop GPM. Defendants the Marion County Board of County Commissioners, Sheriff Jeff Soyez, both individually and as Marion County Sheriff, and Aaron Christner appear by and through their counsel of record, Jeffrey M. Kuhlman of Watkins Calcara, Chtd. There are no other appearances.

Pursuant to the parties' joint motion, it is ordered, adjudged, and decreed that:

1. In Count I of the Plaintiffs' First Amended Complaint Plaintiffs allege that Sheriff Soyez and Detective Christner directly violated their First Amendment Rights.

2. In Count II, Plaintiffs allege that Sheriff Soyez engaged in retaliation in violation of the First Amendment.

3. In Count III, Plaintiffs allege that Sheriff Soyez and Detective Christner violated the Fourth Amendment.

4. In Count IV, Plaintiffs allege that Marion County and Sheriff Soyez in his official capacity are liable for the violations alleged in Counts I-III.

5. In Count V, Plaintiffs allege that Sheriff Soyez and Detective Christner engaged in a conspiracy to violate Plaintiffs' First and Fourth Amendment rights.

6. In Count VI, Plaintiffs allege that Marion County and Sheriff Soyez in his official capacity violated the Privacy Protection Act (42 U.S.C. § 2000aa).

7. The above-named Defendants consent to judgment on Counts I, II, III, IV, V, and VI in the amount of One Million Five Hundred Thousand Dollars and No Cents ($1,500,000.00).

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff Eric Meyer, as executor of the estate of Joan Meyer, and against Defendants the Marion County Board of County Commissioners, Jeff Soyez, both individually and as Marion County Sheriff, and Aaron Christner, in the amount of One Million Dollars and No Cents ($1,000,000.00).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff Eric Meyer, individually, and against Defendants the Marion County Board of County Commissioners, Jeff Soyez, both individually and as Marion County Sheriff, and Aaron Christner, in the amount of Two Hundred Thousand Dollars and No Cents ($200,000.00).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff The Hoch Publishing Co., Inc., doing business as the *Marion County Record*, and against Defendants the Marion County Board of County Commissioners, Jeff Soyez, both individually and as Marion County Sheriff, and Aaron Christner, in the amount of Three Hundred Thousand Dollars and No Cents ($300,000.00).

**Dated this 20th day of November, 2025, at Kansas City, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**
