IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC MEYER, individually and as executor of the estate of Joan Meyer, and THE HOCH PUBLISHING CO., INC., doing business as the *Marion County Record*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARION, et al.,<br><br>Defendants. | CASE # 2:24-cv-02122-DDC-GEB |

**Satisfaction of Judgment**

Plaintiffs Eric Meyer, both individually and as executor of the estate of Joan Meyer, and The Hoch Publishing Company, Inc., a Kansas corporation, acknowledge receipt of two checks totaling $1,500,000.00 as full and complete satisfaction of the Consent Judgment rendered on November 21, 2025 (ECF Doc. 88) against Defendants the Board of County Commissioners of Marion County, Kansas; Jeff Soyez, both in his individual capacity and as Sheriff of Marion County, Kansas; and Aaron Christner, and state that the Consent Judgment has been satisfied in full and that the same may be released of record.

LATHROP GPM LLP

By: */s/ Bernard J. Rhodes*
Bernard J. Rhodes, KS #15716
Emma C. Halling, KS #27924
2345 Grand Boulevard
Kansas City, Missouri 64108
(816) 292-2000; fax (816) 292-2001
bernie.rhodes@lathropgpm.com
emma.halling@lathropgpm.com
Attorneys for Plaintiffs

81528771.v1